IN THE COURT OF APPEALS OF MARYLAND

No. 106, September Term, 2013

IN THE MATTER OF CAROL JANE
GRAY, ET AL.

No. 107, September Term, 2013

CAROL JANE GRAY, ET AL.

v.

HOWARD COUNTY BOARD OF
ELECTIONS, ET AL.

Barbera, C.J.,
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

PER CURIAM ORDER

Filed: April 8, 2014

| IN THE MATTER OF CAROL JANE GRAY, et al. | * | In the |
| | * | Court of Appeals |
| | * | of Maryland |
| | * | No. 106 |
| | * | September Term, 2013 CC #13-C-13-097213 |

*******************

| CAROL JANE GRAY, et al. | * | In the |
| v. | * | Court of Appeals |
| | * | of Maryland |
| HOWARD COUNTY BOARD OF ELECTIONS, et al. | * | No. 107 |
| | * | September Term, 2013 CC #13-C-13-097230 |

# O R D E R

Having considered the pleadings and papers filed to date in the above cases, it is this 8th day of April, 2014,

ORDERED, by the Court of Appeals of Maryland, that each case above be, and the same is hereby, dismissed, pursuant to Md. Rule 8-602(a)(1), it appearing that the Court lacks appellate jurisdiction because the Circuit Court has not entered final judgment and no appealable interlocutory judgment or collateral order has been rendered; and it is further

ORDERED, that each party shall bear its own costs and counsel fees relating to the Court's consideration of the papers and pleadings filed with the Court; and, it is further

ORDERED, that the cases be remanded to the Circuit Court for Howard County for further proceedings.

___/s/ Mary Ellen Barbera_____
Chief Judge